| DEJUAN D. KENDRICK, | * | NO. 2020-CA-0474 |
| INDIVIDUALLY AND AS | | |
| TUTRIX OF HER MINOR | * | COURT OF APPEAL |
| CHILD, JUELZ AMYRION | | |
| KENDRICK | * | FOURTH CIRCUIT |
| | | |
| VERSUS | * | STATE OF LOUISIANA |
| | | |
| ESTATE OF ANTHONY | * | |
| MICHAEL BARRE, ANGEL C. | | |
| BARRE, BARBARA C. BARRE | * | |
| AND STANFORD BARRE | * * * * * * * | |

*RBW*

**BARTHOLOMEW-WOODS, J., CONCURS**

    I concur for the reasons assigned by Judge Ledet.